THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| AARON R. GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH WILSON; ABREGO KA; T. O'DOHERTY; PAUL RIMMASCH; JESSICA PONTIUS; JORDEN NIELSEN; RICHARD CHILDRESS, OGDEN CITY; and WEBER COUNTY,<br><br>Defendants. | ORDER ADOPTING [47] REPORT AND RECOMMENDATION<br><br>Case No. 1:23-cv-00131-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

The Report and Recommendation[1] issued by United States Magistrate Judge Daphne A. Oberg on December 9, 2024 recommends the court (i) grant the Ogden City Defendants'[2] motion to dismiss;[3] (ii) grant the Weber County Defendants'[4] motion for judgment on the pleadings;[5] and (iii) dismiss the case without prejudice.[6] Mr. Garcia was notified of his right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[7] As of the date of this order, Mr. Garcia did not file an objection. Because the specified deadline has passed without the filing of a written

---

[1] R. & R., ECF No. 47, filed December 9, 2024.
[2] The Ogden City Defendants are Ogden City and Ogden City Police Officers Joseph Wilson, Abrego Ka, T. O'Doherty, Jorden Nielsen, and Richard Childress.
[3] ECF No. 37, filed June 12, 2024.
[4] The Weber County Defendants are Weber County and Weber County employees Paul Rimmasch and Jessica Pontius.
[5] ECF No. 40, filed July 9, 2024.
[6] R. & R. 17.
[7] *Id.*

objection, and because Magistrate Judge Oberg's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation. Accordingly, (i) the Ogden City Defendants' motion to dismiss is GRANTED; (ii) the Weber County Defendants' motion for judgment on the pleadings is GRANTED; and (iii) Plaintiff's case is DISMISSED without prejudice.

Signed January 3, 2025.

BY THE COURT

David Barlow
United States District Judge