# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **AARON R. GARCIA**, <br><br> Plaintiff, <br><br> v. <br><br> **JOSEPH WILSON; ABREGO KA; T. O'DOHERTY; PAUL RIMMASCH; JESSICA PONTIUS; JORDEN NIELSEN; RICHARD CHILDRESS, OGDEN CITY; and WEBER COUNTY**, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 1:23-cv-00131-DBB-DAO <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED:

The Report and Recommendation issued by United States Magistrate Judge Daphne A. Oberg on December 9, 2024[1] is ADOPTED. Plaintiff Aaron R. Garcia's action is DISMISSED without prejudice.

Signed January 6, 2025.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 47.